UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABRIELA GALEANA, et ano.,

        Plaintiff,

-against-

EL TAQUITOS CORP., et al.,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12 | 12 | 18

18-CV-2950 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge**.

The Court has received and reviewed the parties' joint letter dated December 7, 2018 (Joint Ltr.) (Dkt. No. 34), seeking approval of their proposed Settlement Agreement and Release (Agreement) (Dkt. No. 34-1) pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The Agreement requires defendants El Taquitos Corp., Ricardo Rodriguez, and Rocio Nava, Inc. to pay $90,000 to plaintiffs Gabriela Galeana and Nicolas Galeana in full settlement of plaintiffs' wage claims, including Fair Labor Standards Act (FLSA) and New York Labor Law (NYLL) claims. Ag. ¶ 1(a). The agreed-upon sum is to be paid in installments over a six-month period beginning January 1, 2019. *Id.* ¶ 1(d).

The Agreement includes mutual releases limited to claims related to the parties' employment relationships. Ag. ¶ 2. The Agreement also contains mutual non-disparagement provisions, though plaintiffs are only prohibited from making "false" statements about defendants, which will leave them free to make truthful statement concerning, *inter alia*, the facts underlying this lawsuit and their experience litigating this case. Ag. ¶ 8.

The Court has reviewed the terms of the Agreement and finds that they are fair and reasonable as required by *Cheeks*, 796 F.3d at 206. The proposed attorneys' fee award is also reasonable. In the aggregate, plaintiffs' two attorneys will receive $29,983 in expense

reimbursement and legal fees, Ag. at 10, which is higher than their lodestar but amounts to just under one-third of the total settlement. *See Martinez v. SJG Foods LLC*, 2017 WL 4676828, at *2 (S.D.N.Y. Oct. 16, 2017) (quoting *Meza v. 317 Amsterdam Corp.*, 2015 WL 9161791, at *2 (S.D.N.Y. Dec. 14, 2015)) ("When using a percentage of the fund approach, 'courts regularly approve attorney's fees of one-third of the settlement amount in FLSA cases.'").[1]

Accordingly, the proposed settlement is APPROVED. The Court will separately file the stipulation of dismissal with prejudice attached to the Agreement as Exhibit A.

Dated: New York, New York
December 12, 2018

**SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**

---

[1] In their joint letter, the parties state that plaintiffs' counsel seek a total of $30,483 in expense reimbursement and fees. (Dkt. No. 34 at 5.) However, the Court must be guided by, and the fee must be limited to the figure set forth in the Agreement itself, which is $29,983.